■ JOSEPH ARUCK et al., Respondents, v XEROX CORPORA-

TION, Appellant.—Order unanimously affirmed with costs *(see, Pietsch v Moog, Inc.,* 156 AD2d 1019). (Appeal from order of Supreme Court, Monroe County, Boehm, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ. *[See,* 144 Misc 2d 367.]